PD - 1405-14

Dear Honorable Clerk,                    Feb. 26, 2015

Please find for filing Appellant's Motion
to Extend time for filing a Petition For
discretionary review rehearing. Please
file the same with the Court, and place
this motion on the docket for a setting.
Appellant asks to be allowed to proceed
under Rule 2 of the T.R.A.P. due to NOT
having access to a copy machine/service.
Please provide me with a copy date
marked of the foregoing for my records.

I thank you for your time and efforts
in this matter. I await your response
to this matter.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

Respectfully Submitted,

Kelly L Dickey
TDCJ No. 1859029
Appellant
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

CC: KLD/File

PD - 1405 - 14

## In The Court Of Criminal Appeals Of The State Of Texas
### (Appeal No. 10-13-00170-CR)

KELLY LEE DICKEY        Appellant

V.

THE STATE OF TEXAS        Appellee

## Appellant's Motion To Extend Time For Filing A Petition For Discretionary Review Rehearing

To the honorable judges of the Court of Criminal Appeals (Ct. Cr. App.):

Now Comes KELLY LEE DICKEY, Appellant, pro se, pursuant to Rules 68.2(c) and 10.5 filing this motion for an extension of 60 days in which to file a Petition for Rehearing of P.D.R. In support of this motion Appellant shows the following:

### I

Appellant has been informed that counsel is in no position to continue. Therefore Appellant will go forward in a pro se mode from this point.

### II

The Ct. Cr. App. issued its refusal of Appellant's P.D.R. on February 4th, 2015.

## III

Appellant, through counsel, was granted an extension to file a motion for rehearing in the 10th Ct of Appeals. The motion for rehearing was denied on September 24th, 2014

## IV

The present deadline for filing for extension of time is past (Feb. 19th 2015). Appellant is requesting under Rule 68.2(c) to be allowed the 15 day grace be granted in this Motion for Extension of Time. Appellant has NOT requested any extensions of time for P.D.R. rehearing prior to this request.

## V

Petitioners/Appellants request for an extension is based on the following facts:

1.) Appellant was NOT informed of the Ct of Crim App's refusal of his P.D.R. until Feb. 8th 2015.

2.) Appellant intends on filing the Motion for P.D.R. rehearing pro se.

3) Petitioner/Appellant is in a penological environment, restricted to a mere 10 hours of in law library time per week — as a standard. Wherefore, appellant prays the Ct. grant this motion and extend the deadline for filing a Motion for Rehearing of P.D.R.

4.) This motion is made/submitted in good faith and in no manner filed for purposes of delay

5.) Appellant, too, has submitted a Motion For Free Appellate Record with the 220th District Court — as appellant is indigent.

## VI.

Appellant requests that the filing dead-line for Motion For Rehearing be extended through April 24th, 2015

Respectfully Submitted,

Kelly L. Dickey
TDCJ #1859029
McConnell Unit
3001 S. Emily Dr.
Beeville Texas
78102

# Certificate Of Service

As I have no access to duplication machines, I respectfully request the Ct., under T.R.A.P. Rule #2, suspend rules and pray the Ct. be willing to forward a copy of Appellants submitted Motion To Extend Time for Filing A Petition For Discretionary Review Rehearing to:

Mr B.J. Shepherd D.A.
P.O. Box 368
Meridian, TX 76665

Kelly L Dickey
TDCJ No 1859029
McConnell Unit
3001 S. Emily Dr.
Beeville TX 78102

## Unsworn Inmate Declaration

I, Kelly L. Dickey, T.D.C.J. #1859029, being presently incarcerated in the McConnell Unit of T.D.C.J. in Bee County, TX, verify + declare under penalty of perjury that the foregoing Statements are true and correct. Executed on this the 26th day of February, 2015

Kelly L. Dickey
TDCJ No 1859029
McConnell Unit
3001 S. Emily Dr
Beeville TX 78102

Keith Dykes
18570839
McConnell
3001 S Emily Dr
Beeville, Tex 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
27 FEB 2015 PM 3 L

FOREVER USA

Legal
Mail

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

78711230808